

# Fourth Court of Appeals
## San Antonio, Texas

December 9, 2019

No. 04-19-00068-CR

Victor Manuel **PALOMO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2009CRN001115-D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

## O R D E R

On November 26, 2019, this court ordered appellant to file his brief by December 2, 2019. In that order, this court cautioned that no further extensions would be considered. On December 3, 2019, appellant filed his brief along with a motion requesting a twenty-four hour extension of time. After consideration, appellant's request for a twenty-four hour extension is **GRANTED**, and appellant's brief is deemed timely filed.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of December, 2019.

_____
MICHAEL A. CRUZ,
Clerk of Court